1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   KEVIN TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-07-025 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: VACATING TRIAL CONFIRMATION HEARING AND TRIAL AND CONTINUING FOR CHANGE OF PLEA AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **KEVIN TRAN,** | |
| Defendant(s). | Hon. Edward J. Garcia |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Robert M. Twiss, and defendant Kevin Tran by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing trial confirmation hearing date in the above-captioned action, September 19, 2008, and the existing trial date of October 6, 2008, and to continue the matter to October 31, 2008, at 10:00 a.m., for change of plea.

The parties have just reached an agreement which will require revision of the original plea agreement and the defense requires additional time to review the same with the defendant. The parties further agree and stipulate that the period for the filing of this stipulation until October 31, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: September 16, 2008

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**KEVIN TRAN**

DATE: September 16, 2008

        s/Hayes H. Gable, III for
**ROBERT M. TWISS**
Asst. U.S. Attorney

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial confirmation hearing date in the above-captioned action, September 19, 2008, and the existing trial date of October 6, 2008, are hereby vacated and this matter is continued to October 31, 2008, at 10:00 a.m., for change of plea.

The court finds excludable time in this matter from September 19, 2008, through October 31, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE:   September 16, 2008

        /s/ Edward J. Garcia
**HON. EDWARD J. GARCIA**
Senior U.S. District Court Judge