1 HAYES H. GABLE III
Attorney at Law
2 State Bar No. 60368
428 J Street, Suite 350
3 Sacramento, CA 95814
(916) 446-3331
4 Fax: (916) 447-2988

5 Attorney for Defendant
KEVIN TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-07-025 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE FOR CHANGE OF PLEA AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| KEVIN TRAN, | |
| Defendant(s). | Hon. Edward J. Garcia |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Robert M. Twiss, and defendant Kevin Tran by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing change of plea hearing date in the above-captioned action, October 31, 2008, and to continue the matter to November 19, 2008, at 10:00 a.m., for change of plea.

The parties require additional time to finalize negotiations prior to the entry of plea. The parties further agree and stipulate that the period for the filing of this stipulation until November 19, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: October 29, 2008

          s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**KEVIN TRAN**

DATE: October 29, 2008

          s/Hayes H. Gable, III for
**ROBERT M. TWISS**
Asst. U.S. Attorney

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the change of plea hearing date in the above-captioned action, October 31, 2008, is hereby vacated and this matter is continued to November 19, 2008, at 10:00 a.m., for change of plea.

The court finds excludable time in this matter from October 31, 2008, through November 19, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE:   October 30, 2008

          /s/ Edward J. Garcia
**HON. EDWARD J. GARCIA**
Senior U.S. District Court Judge